# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY JOSEPH CHANEY, JR.

NO. 2023 KW 0919

**OCTOBER 23, 2023**

---

In Re:   Anthony Joseph Chaney, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0239-F-2019.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Office of the Clerk of Court shows that the motion to vacate conviction and sentence, filed on February 24, 2022, is set to be heard on October 23, 2023.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT